

Christopher H. Lowe

420 Lexington Avenue, Suite 1830
New York, New York 100170
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

April 15, 2022

VIA ECF
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:   Fischler v. Vaber Medical Testing LLC, 1:21-cv-10439-KPF

Dear Judge Failla:

We represent Plaintiff Brian Fischler in this website accessibility case. We submit this letter motion to respectfully request that the April 21, 2022, Initial Pretrial Conference at 3:00 p.m. be adjourned 30 days.

Plaintiff filed his Complaint on December 7, 2021. Defendants were served on March 7, 2022 and their answer was due on March 28, 2022. Defendants has not yet appeared, reached us nor retained counsel. Accordingly, Plaintiff respectfully requests that the April 21, 2022 conference be adjourned for 30 days.

This is the second request to adjourn the Initial Pretrial conference. Because Defendant has not yet entered an appearance, or otherwise contacted us, we are unable to determine whether Defendant consents to this request. We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP


s/ Christopher H. Lowe
Christopher H. Lowe

Application GRANTED. The initial pretrial conference scheduled for April 21, 2022, is hereby ADJOURNED to May 27, 2022, at 12:00 p.m. The Clerk of Court is directed to terminate the pending motion at docket number 10.

Dated:    April 15, 2022         SO ORDERED.
          New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE